**1519** SPRINGER vs. BOARD OF AUDITORS ET AL. (Wayne), No. 14005, 99 M., 513. (Certiorari to Wayne.)

To compel payment of attorney's fees on appeal to this court in a criminal case under How. Stat., Sec. 9047. The circuit judge refused the writ on the ground that the amount of such fees must be fixed by the Supreme Court.

Affirmed April 9, 1894, with costs.

Overruled in People vs. Hanifan, 99 M., 516; where it was held that the board of auditors only have jurisdiction to determine the amount of such fees.

**1520** POTTS (Justice of the Peace) vs. BOARD OF SUPERVISORS (Jackson), 47 M., 635.

To compel payment of certain charges for the trial of criminal cases in which the defendants pleaded guilty.

Denied January 25, 1882.

Held, that in such cases the justice was not entitled to a trial fee and was only entitled to the fees which were given for other specific services in the case.

**1521** TILLOTSON vs. BOARD OF SUPERVISORS (Calhoun), No. 13136.

To compel respondents to pay relator certain fees as a justice of the peace, for examinations made prior to the issue of the warrant in certain criminal cases.

Denied December 1, 1892, with costs.

Held, that the examinations referred to in the statute, How., Sec. 9053, were those made after the issue of the warrant.